IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01791-LTB

JAN B. HAMILTON,

    Applicant,

v.

DON BIRD, Pitkin County Jail,
D. MULDOON, Capt., Fairplay, CO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 28, 2015, the Court entered an Order dismissing this action without prejudice and denying Ms. Hamilton leave to proceed *in forma pauperis* on appeal on the ground that any appeal from the dismissal order would not be taken in good faith.  (ECF No. 14).  On November 10, 2015, Applicant filed a notice of appeal. (ECF No. 20).  On November 20, 2015, she filed a "Plea to Reconsider Denial of IFP Filing Fees" (ECF No. 24).

    Applicant's "Plea to Reconsider Denial of IFP Filing Fees" (ECF No. 24) is DENIED for the reasons stated in the October 28, 2015 Order.  Applicant may file an IFP motion in the Tenth Circuit Court of Appeals.  The Court does not construe Ms. Hamilton's November 20 filing as a motion to reconsider the dismissal of this action.

    It has come to the Court's attention that Ms. Hamilton was transferred back to the Pitkin County Detention Center in Aspen, Colorado, in late December 2015 or early January 2016.  Accordingly, the Clerk of the Court shall send a copy of this minute order to Applicant at the Pitkin County Detention Center and shall amend the docket to reflect Applicant's change of address.  Ms. Hamilton is reminded of her obligation to promptly notify the Court within 5 days of any address change.  *See* D.C.COLO.L.CivR 5.1(c).

Dated:   February 4, 2016